**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed March 1, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00341-CV

---

## 1501 CERTIFIED ENTERTAINMENT LLC AND CARL CRAWFORD, Appellants

### V.

## MEGAN PETE P/K/A MEGAN THEE STALLION, Appellee

---

**On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Cause No. 2020-14018**

---

### MEMORANDUM OPINION

This is an appeal from the trial court's order denying a motion to compel arbitration signed April 13, 2020. On February 18, 2022, appellants filed an unopposed motion to voluntarily dismiss the appeal. *See* Tex. R. App. P. 42.1(a). The motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Hassan.